UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT MICHIGAN

| | |
|---|---|
| **MALIBU MEDIA, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| **JOHN DOE subscriber assigned IP address** ) | |
| **98.224.254.205,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

                                                              Respectfully submitted,

                                                              NICOLETTI LAW, PLC

By:   /s/ *Paul J. Nicoletti*_____
       Paul J. Nicoletti, Esq. (P-44419)
       33717 Woodward Ave, #433
       Birmingham, MI 48009
       Tel: (248) 203-7800
       E-Fax: (248) 928-7051
       Email: pauljnicoletti@gmail.com
       *Attorneys for Plaintiff*

1